IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY B. WALLACE,**

    **Plaintiff,**

v.

**KYU S. CHO, M.D.**

    **Defendant.**                        **Case No. 07-cv-536-DRH**

### ORDER

**HERNDON, Chief Judge:**

         This matter comes before the Court on the Stipulation of Dismissal with prejudice (Doc. 13) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court hereby **ACKNOWLEDGES** said Stipulation (Doc. 13) and finds that this action is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to enter judgment accordingly.

         **IT IS SO ORDERED.**

         Signed this 22nd day of April, 2008.

                                               /s/       David R Herndon
                                               **Chief Judge**
                                               **United States District Court**