# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY B. WALLACE,**

    **Plaintiff,**

**vs.**                                                    Cause No. 07-CV-536 DRH

**KYU S. CHO, M.D.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-----------------------------------------------------------------------------

                                                                                                   **NORBERT G. JAWORSKI, CLERK**

April 22, 2008                                        By:   s/Patricia Brown
                                                                                         Deputy Clerk

APPROVED: /s/    *David R Herndon*
                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**